UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 0:17-CV-61480-KAM

JOE MANFREDI,

        Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Diversified Consultants, Inc., (DCI), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 30, 2017

                                    Respectfully submitted,

                                  */s/ Michael P. Schuette*
                                  Michael P. Schuette, Esq.
                                  Florida Bar No. 0106181
                                  Dayle M. Van Hoose, Esq.
                                  Florida Bar No. 0016277
                                  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                  3350 Buschwood Park Drive, Suite 195
                                  Tampa, FL 33618
                                  Telephone:   (813) 890-2472
                                  Facsimile:    (866) 466-3140

mschuette@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Diversified Consultants, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of November 2017, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

John P. Murray, Esq.
Hyslip & Taylor, LLC, LPA
2655 Lejeune Rd., Suite 700
Coral Gables, FL 33134


*/s/ Michael P. Schuette*
Attorney